IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| EUSEBIO PALACIOS, ) | |
| JOSEFINA CASTRO, ) | |
| JUAN CASTRO, ) | |
|     Plaintiffs, ) | |
| vs. ) | No. 3:12-CV-0851-B-BH |
| ) | |
| BANK OF AMERICA, et. al, ) | |
|     Defendants. ) | Referred to U.S. Magistrate Judge |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

SIGNED this 31st day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE

[FILED stamp: U.S. DISTRICT COURT, NORTHERN DISTRICT OF TEXAS, MAY 31 2012, CLERK, U.S. DISTRICT COURT, By Deputy]